UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER EISENBERG,

                    Plaintiff,

          -v-

CITY OF NEW YORK, DEPARTMENT OF
EDUCATION,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/1/2026

**ORDER**

25-CV-2136 (JPO)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated June 30, 2026, this case was referred to the undersigned for settlement. ECF No. 34.

A conference is scheduled for **July 14, 2026,** at **4:00 p.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 626 067 180#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: July 1, 2026
          New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1